# UNITED STATES DISTRICT COURT
для for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>JUSTIN STRAIT<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>) | Case No. 15 MJ 44 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 2014-August 2014__ in the county of __Lackawanna/Luzerne__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1591(a) and (b)(2) and 2. | The defendant, aiding and abetting other persons, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, and benefited financially and received anything of value from participation in a venture engaged in such acts, and attempted to do so, in and affecting interstate or foreign commerce, S.S., knowing and in reckless disregard of the fact that S.S. had not attained the age of 18 years, and that S.S. would be caused to engage in a commercial sex act, and combined, conspired and agreed with other persons to commit such acts. |
| 18 U.S.C. Section 1594(c) | |

This criminal complaint is based on these facts:
See attached affidavit of probable cause

FILED
SCRANTON
MAY 27 2015
PER _____ DEPUTY CLERK

☑ Continued on the attached sheet.

_____
Complainant's signature

Zachary Kuzowsky, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 5-27-15

City and state: Scranton, PA

_____
Judge's signature

KAROLINE MEHALCHICK, U.S. Magistrate Judge
Printed name and title