UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
-vs- : 3:CR-15-
:
:
JUSTIN STRAIT, :
          Defendants :

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count 1
### (Conspiracy to Commit Sex Trafficking of a Minor)

From in or about February 2014 to on or about August 26, 2014, in Lackawanna County and Luzerne County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**JUSTIN STRAIT,**

combined, conspired, and agreed with others known and unknown, to knowingly recruit, entice, harbor, transport, provide, obtain, maintain by any means and benefit financially and receive anything of value from participation in a venture engaged in such acts, in and affecting interstate or foreign commerce, S.S., knowing and in reckless disregard of the fact that S.S. had not attained the age of 18 years, and that S.S.

would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a) and (b) (2).

## MANNER AND MEANS OF THE CONSPIRACY

1. The defendant and/or his co-conspirators recruited S.S. to engage in sex acts for compensation.

2. The defendant and/or his co-conspirators used cell phones to take photographs of S.S. and to post those photographs on a website named backpage.com. to solicit customers to engage in sex acts with S.S.

3. The defendant and/or his co-conspirators used cell phones to arrange for customers to engage in sex acts with S.S.

4. The defendant and/or his co-conspirators rented motel rooms in Lackawanna County and Luzerne County, Pennsylvania, for S.S. to use to engage in sex acts with customers.

5. The defendant and/or his co-conspirators purchased condoms for S.S. to use when engaging in sex acts with customers.

6. The defendant and/or his co-conspirators provided heroin, cocaine, and other illegal drugs to S.S. to persuade S.S. to engage in commercial sex acts for money.

7. The defendant and/or his co-conspirators acted as

"bodyguards" for S.S. during the prostitution activities.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the defendant and/or his co-conspirators committed the following overt acts, among others:

1. In or about February 2014, co-conspirators recruited S.S. to engage in prostitution.

2. Between in or about February 2014 and in or about May 2014, co-conspirators rented rooms at various motels in Lackawanna and Luzerne Counties, Pennsylvania, for the purpose of having S.S. engage in prostitution.

3. Between in or about February 2014 and in or about May 2014, the defendant and/or his co-conspirators used cell phones to take photographs of S.S. and posted the photographs on backpage.com. in advertisements for "escort" services.

4. Between in or about February 2014 and in or about May 2014, the defendant and/or his co-conspirators provided security and acted as "bodyguards" in connection with the prostitution activities of S.S. and others.

5. Between in or about February 2014 and in or about May 2014, the defendant and/or his co-conspirators provided illegal drugs to S.S. as an inducement to engage in prostitution.

6. On or about August 26, 2014, co-conspirators arranged to meet with S.S. at a motel in Scranton to have S.S. engage in prostitution, and traveled to the motel for that purpose.

All in violation of Title 18, United States Code, Section 1594(c).

Date: 7-13-15

Peter J. Smith /t.P.S.
PETER J. SMITH
United States Attorney